```
1  J.J. Sandlin, WSBA #7392
2  SANDLIN LAW FIRM
   P.O. Box 1005
3  Zillah, Washington 98953
4  (509) 829-3111/fax: 3100
   (206) 852-1004 (cell phone)
5
6  Attorney for Plaintiffs Callahan
7
8
```

IN THE DISTRICT COURT OF THE UNITED STATES
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM and ANITA CALLAHAN, husband and wife; | NO. CV-05-3045-LRS |
| Plaintiffs; | [Proposed] ORDER RE. DISMISSAL OF FEDERAL CLAIMS, AND STIPULATION FOR TRANSFER OF STATE CLAIMS TO YAKIMA COUNTY SUPERIOR COURT, AND DISMISSAL OF INDIVIDUAL PARTIES, RETAINING DEFENDANT STATE OF WASHINGTON |
| Vs. | |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES, (DSHS) an executive branch division of the STATE OF WASHINGTON; DENNIS BRADDOCK, Secretary of DSHS; PAMELA LAMB, an employee of DSHS; DEBRA BOND, an employee of DSHS; MARGARET LOZANO, a former employee of DSHS; JOHN DOES NOS. 1-50; | |
| Defendants. | |

Order re. stipulation for remand, dismissal of federal claims, etc. - 1

THIS MATTER has come on pursuant State Defendants' Motion to Dismiss Federal Claims and Transfer the Remaining State Law Claims to State Court Pursuant ot Stipulation of Parties, the agreement and stipulations of the parties, and the Court having found good cause for the entry of orders adopting the parties' stipulations and entering orders in conformance with the parties' stipulations, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. The plaintiffs' federal claims, involving federal statutory claims and federal Constitutional claims, brought under 42 U.S.C. §1983 and otherwise, are hereby dismissed with prejudice.

2. The named defendant in this action should be limited to the Department of Social and Health Services, an executive branch division of the State of Washington.

3. That jurisdiction of plaintiffs' state negligence claim is proper in the Superior Court of the State of Washington.

4. That venue of plaintiffs' state negligence claim is proper in the State of Washington Yakima County Superior Court.

Order re. stipulation for remand, dismissal of federal claims, etc. - 2

SANDLIN LAW FIRM
P.O. Box 1005
Zillah, Washington 98953
(509) 829-3111/fax: 3100
Sandlinlaws@aol.com and sandlinlaw@nwinfo.net

5.  Pursuant to the provisions of *Manning v. Jones,* 696 F. Supp. 1231 (1988) and based on the stipulated dismissal of plaintiffs' federal claims, plaintiffs' state law negligence claim is hereby transferred to the State of Washington, Yakima County Superior Court retaining the commencement date of the state claims to be the same as the commencement date of this instant action as the claims which this Court's pendant jurisdiction relied, are no longer part of this action.

6.  The Clerk of the this Court is directed to maintain this record in its entirety with the records of this court and is further directed to transfer the plaintiff's remaining pendent state law claims to the Yakima Country Superior Court, State of Washington by filing copies of the entire record of this case with said Court.

7.  It is further ordered, that defendant Department of Social and Health Services, an executive branch division of the State of Washington shall file an amended answer in Yakima County Superior Court to the plaintiffs' state claims that are remanded by this Court; and

8. Following transfer, the District Court Clerk shall close the file.

IT IS SO ORDERED.   Dated this 14th day of June, 2006.

UNITED STATES DISTRICT COURT

s/Lonny R. Suko
_____
Hon. LONNY R. SUKO, District Court Judge

Order re. stipulation for remand, dismissal of federal claims, etc. - 3

SANDLIN LAW FIRM
P.O. Box 1005
Zillah, Washington 98953
(509) 829-3111/fax: 3100
Sandlinlaw@aol.com and sandlinlaw@nwinfo.net